Thomas H. Nelson, OSB 783150
20820 E. Glacier View Road
Zigzag, OR  97049
Phone: 503.622.3262
Email: thnelson@gmail.com
      bzoudlaw.110@gmail.com

Brandon Mayfield, OSB 00824
14631 SW Millikan Way
Beaverton, OR  97003
Phone: 503.941.5101
Email: mayfieldbrandon@hotmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON
### Portland Division

| | |
|---|---|
| **Iran Thalassemia Association**, *et al*.,<br><br>Plaintiffs,<br><br>vs.<br><br>**Office of Foreign Assets Control**, *et al.*,<br><br>Defendants. | Civil No. 3:22-CIV-1195<br><br>**MOTION FOR PRELIMINARY INJUNCTION**<br><br>**EXPEDITED HEARING REQUESTED** |

### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Iran Thalassemia Society, H.K., A.M., S.N., M.M., FZ.H., F.E., and No Child Should Suffer (Oregon DNC), (collectively, "Plaintiffs"), by and through their attorneys, respectfully move this Court for a preliminary injunction as set out below and for the reasons set out in the accompanying Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction. Fed. R. Civ. P. 65(a). Because of the extreme nature of the irreparable injury to plaintiffs, an expedited hearing is requested.

WHEREFORE, Plaintiffs respectfully request the Court grant their Motion and issue a preliminary injunction pending a decision on the merits of Plaintiffs' claims in this

matter.

Dated at Zigzag, Oregon, this 15th day of August 2022.

                                              /s/
Thomas H. Nelson, OSB 783150
20820 E. Glacier View Road
Zigzag, OR  97049
Tel: 503.622.3262
Email: thnelson@gmail.com
        bzoudlaw.110@gmail.com
Of Attorneys for Plaintiff